## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 304 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States of America vs. Joseph Vansach | | |

**DOCKET ENTRY TEXT**

After careful review, this Court summarily dismisses petitioner's motion pursuant to 28 U.S.C. §2255 for failure to assert any constitutional violation in view of the record in this criminal proceeding and petitioner's failed direct appeal. This lawsuit is hereby dismissed with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|