United States District Court
For the Northern District of Illinois
Eastern Division

08CV 304
Case No. 08-0304

FILED

MAR 2 5 2008

MAR 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOSEPH VANSACH -PETITIONER

VS.

UNITED STATES OF AMERICA - RESPONDENT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

C.O.A.

The petitioner asks leave to file the attached petition for a ~~~~~ without prepayment of costs and to proceed in forma pauperis.

[ xx ] Petitioner has previously been granted leave to proceed in forma pauperis in the following court(s): SEVENTH CIRCUIT COURT OF APPEALS

SUPREME COURT OF THE UNITED STATES

[ ] Petitioner has not previously been granted leave to proceed in forma pauperis in any other court.

Petitioner's affidavit of declaration in support of this motion is attached hereto.

(signature)
JOSEPH VANSACH   # 17041-424
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

### AFFIDAVIT OF DECLARATION
### IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, JOSEPH VANSACH, am the petitioner in the above-entitled case. In support of my motion to proceed in forma pauperis, I state that because of my poverty I am unable to pay the cost of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance.) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $15.12 | $N/A | $15.00 | $N/A |

|  | You | Your spouse |
|---|---|---|
| Transportation ( not including motor vehicle payment) | $__N/A__ | $___N/A__ |
| Recreation, entertainment, newspapers, magazines,etc. | $__N/A__ | $___N/A__ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's | $__N/A__ | $___N/A__ |
|     Life | $__N/A__ | $___N/A__ |
|     Health | $__N/A__ | $___N/A__ |
|     Motor Vehicle | $__N/A__ | $___N/A__ |
|     Other: ____N/A_____ | $__N/A__ | $___N/A__ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|     (specify): _____ | $__N/A__ | $___N/A__ |
| Installment payments | | |
|     Motor Vehicle | $__N/A__ | $___N/A__ |
|     Credit card(s) | $__N/A__ | $___N/A__ |
|     Department store(s) | $__N/A__ | $___N/A__ |
|     Other: _____N/A_____ | $__N/A__ | $___N/A__ |
| Alimony, maintenance, and support paid to others | $__N/A__ | $___N/A__ |
| regular expenses for operation of business, profession, or farm ( attach detailed statement) | $__N/A__ | $___N/A__ |
| Other (specify): _____ | $__N/A__ | $___N/A__ |
| Total monthly expense: | $__N/A__ | $___N/A__ |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employment | Address | Date of Employment | Gross monthly pay |
|---|---|---|---|
| _N/A_ | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employment | Address | Date of Employment | Gross monthly pay |
|---|---|---|---|
| _N/A_ | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have $_____
Below, state any money you or your spouse have in bank account OR in any other financial institution.

| Employment | Address | Date of Employment | Gross monthly pay |
|---|---|---|---|
| _N/A_ | | | |
| | | | |
| | | | |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

❏ Home
  Value _N/A_

❏ Other real estate
  Value _N/A_

❏ Motor Vehicle #1
  Year, make & model _N/A_
  Value _____

❏ Motor Vehicle #2
  Year, make & model _N/A_
  Value _____

❏ Other assets
  Discrition _____ N/A _____
  Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | amount owed to you | Amount owed to your spouse |
|---|---|---|
| ___N/A___ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

7. State the person who rely on you or your spouse for support.

| Name | Relationship | age |
|---|---|---|
| ___N/A___ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are real estate taxes included? ❏Yes ❏No Is property insurance included? ❏Yes ❏No | $ _N/A__ | $___N/A_____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _N/A__ | $___N/A_____ |
| Home maintenance (repairs and upkeep) | $ _N/A__ | $___N/A_____ |
| Food | $ _N/A__ | $___N/A_____ |
| Clothing | $ _N/A__ | $___N/A_____ |
| Laundry and dry-cleaning | $ _N/A__ | $___N/A_____ |
| Medical and dental expenses | $ _N/A__ | $___N/A_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets Liabilities during the next 12 months?

☐ Yes  ☒ No  If yes, describe on an attached sheet

10. Have you paid - or will you be paying - an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If so, how much? _____

If yes, state the attorney's name, address, and phone number:

11. Have you paid - or will you be paying - anyone other than an attorney ( such as paralegal or a typist) any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☒ No

If yes, how much? _____

If yes, state the person's name, address, and phone number:

12. Provide any other information that will help explain why you cannot pay the cost of this case.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: _____March 16th , 2008__March 16th , 2008

( signature )
JOSEPH VANSACH # 17041-424
United State Penitentiary-hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525