FILED
MAR 2 5 2008
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District Court
For the Northern District of Illinois
Eastern Division

08CV304

| | | |
|---|---|---|
| Joseph Vansach | ) | Case No. 08-0304 |
| Petitioner | ) | Under Lying |
| V. | ) | Case No. 04-Cr-466 |
| United States of | ) | |
| America | ) | Honorable Judge Ruben Castillo |
| Respondent | ) | Presiding |
| | ) | |

### Notice of Appeal

Notice is hereby given that the petitioner, Joseph Vansach, pro-se, appeals to the United States Court for the Seventh Circuit, from the order denying Mr. Vansach's motion to Vacate, Set aside, or Correct his sentence pursuant to Title 28 U.S.C.§ 2255. Final judgment was entered in this matter by the Honorable Judge Ruben Castillo, on January 18, 2008.

Dated This 16th day of March, 2008.

Respectfully submitted,
X _____
Joseph Vansach
17041-424
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mill, W.V. 26525