FILED
MAR 2 5 2008
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District Court
For the Northern District of Illinois
Eastern Division

08CV304
C

| | ) | |
|---|---|---|
| Joseph Vansach | ) | Case No. 08-0304 |
| Petitioner | ) | Under Lying |
| V. | ) | Case No. 04-Cr-466 |
| United States of | ) | |
| America | ) | Honorable Judge Ruben Castillo |
| Respondent | ) | Presiding |
| | ) | |

Notice of Appeal

Notice is hereby given that the petitioner, Joseph Vansach, pro-se, appeals to the United States Court for the Seventh Circuit, from the order denying Mr. Vansach's motion to Vacate, Set aside, or Correct his sentence pursuant to Title 28 U.S.C. § 2255. Final judgment was entered in this matter by the Honorable Judge Ruben Castillo, on January 18, 2008.

Dated This 16th day of March, 2008.

Respectfully submitted,
X _____
Joseph Vansach
17041-424
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mill, W.V. 26525

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv304

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA (Appellee) | | Joseph Vansach (Appellant) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | AUSA | Name | Joseph Vansach |
| Firm | United States Attorney's Office | Firm | PRO SE   17041-424 |
| Address | 219 South Dearborn Suite 500 Chicago, IL 60604 | Address | United States Penitentiary-Hazelton P.O. Box 2000 Bruceton Mill, W.V.  26525 |
| Phone | (312) 353-5300 | Phone | N/A |

| Other Information | | | |
|---|---|---|---|
| District Judge | Castillo | Date Filed in District Court | 1/14/08 |
| Court Reporter | K. Fennell (ext 5569) | Date of Judgment | 1/22/08 |
| Nature of Suit Code | 510 | Date of Notice of Appeal | 3/25/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:    Paid [ ]    Due [ ]    IFP [ ]
               IFP Pending [ ]    U.S. [ ]    Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 304 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States of America vs. Joseph Vansach | | |

**DOCKET ENTRY TEXT**

After careful review, this Court summarily dismisses petitioner's motion pursuant to 28 U.S.C. §2255 for failure to assert any constitutional violation in view of the record in this criminal proceeding and petitioner's failed direct appeal. This lawsuit is hereby dismissed with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

APPEAL, ASHMAN, TERMED

# United States District Court
## Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3** (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00304
### *Internal Use Only*

| | |
|---|---|
| United States of America v. Vansach et al<br>Assigned to: Honorable Ruben Castillo<br>Cause: 28:2255 Remedies on motion attacking sentence | Date Filed: 01/14/2008<br>Date Terminated: 01/18/2008<br>Jury Demand: None<br>Nature of Suit: 510 Prisoner: Vacate Sentence<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **AUSA**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353–5300<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Paul Hotaling**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353–5300<br>Email: christopher.hotaling@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Joseph Vansach** | represented by | **Joseph Vansach**<br>#17041–424<br>Hazelton – USP<br>P.O. Box 2000<br>Bruccton Mills, WV 26525<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and zero copies filed by Joseph Vansach. (lcw, ) (Entered: 01/16/2008) |
| 01/14/2008 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 01/16/2008) |
| 01/14/2008 | 3 | POST MARKED envelope for initiating document by Joseph Vansach (Document not scanned) (aew, ) (Entered: 01/17/2008) |
| 01/18/2008 | 4 | MINUTE entry before Judge Ruben Castillo : After careful review, this Court summarily dismisses petitioners motion pursuant to 28 U.S.C. Section 2255 forfailure to assert any constitutional violation in view of the record in this criminal proceeding and petitioner's failed direct appeal. This lawsuit is hereby dismissed with prejudice. Civil case terminated. Mailed notice (cdy, ) (Entered: 01/22/2008) |
| 03/25/2008 | 5 | MOTION by Defendant Joseph Vansach for certificate of appealability ; Notice. (air, ) (Entered: 03/27/2008) |

| 03/25/2008 | 6 | MOTION by Defendant Joseph Vansach for leave to appeal in forma pauperis. (air, ) (Entered: 03/27/2008) |
|---|---|---|
| 03/25/2008 | 7 | NOTICE of appeal by Joseph Vansach regarding orders 4 fee waived. (air, ) Modified on 3/27/2008 (air, ). (Entered: 03/27/2008) |