## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 304 | **DATE** | 4/1/2008 |
| **CASE TITLE** | United States of America vs. Joseph Vansach | | |

**DOCKET ENTRY TEXT**

For the reasons stated by this Court in its 1/18/2008 summary dismissal order, Petitioner's request for a certificate of appealability [5] is denied for failure to make a substantial showing of a denial of a constitutional right as required by 28 U.S.C. §2253(c)(2). Petitioner's related request for leave to appeal in forma pauperis [6] is also denied for the same reasons.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-00304    Document 9    Filed 04/01/2008    Page 1 of 1

08C304 United States of America vs. Joseph Vansach                                                      Page 1 of 1