

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

MICHAEL W.  DOBBINS
CLERK

312-435-5670

April 2, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA vs.  Joseph Vansach

U.S.D.C. DOCKET NO. : 08cv304

U.S.C.A. DOCKET NO. : n/a

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                    **One Vol. Of Pleadings**

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                            A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

One Vol. Of Pleadings

In the cause entitled: USA vs. Joseph Vansach.

USDC NO.    : 08cv304

USCA NO.    : n/a

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of April, 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
        A. Rone, Deputy Clerk

APPEAL, ASHMAN, TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−00304
*Internal Use Only*

United States of America v. Vansach et al
Assigned to: Honorable Ruben Castillo
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 01/14/2008
Date Terminated: 01/18/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States of America**                represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353−5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Christopher Paul Hotaling**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353−5300
Email: christopher.hotaling@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Joseph Vansach**                represented by **Joseph Vansach**
#17041−424
Hazelton − USP
P.O. Box 2000
Bruceton Mills, WV 26525
PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/14/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and zero copies filed by Joseph Vansach. (lcw, ) (Entered: 01/16/2008) |
| 01/14/2008 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 01/16/2008) |

| 01/14/2008 | 3 | POST MARKED envelope for initiating document by Joseph Vansach (Document not scanned) (aew, ) (Entered: 01/17/2008) |
|---|---|---|
| 01/18/2008 | 4 | MINUTE entry before Judge Ruben Castillo : After careful review, this Court summarily dismisses petitioners motion pursuant to 28 U.S.C. Section 2255 forfailure to assert any constitutional violation in view of the record in this criminal proceeding and petitioner's failed direct appeal. This lawsuit is hereby dismissed with prejudice. Civil case terminated. Mailed notice (cdy, ) (Entered: 01/22/2008) |
| 03/25/2008 | 5 | MOTION by Defendant Joseph Vansach for certificate of appealability ; Notice. (air, ) (Entered: 03/27/2008) |
| 03/25/2008 | 6 | MOTION by Defendant Joseph Vansach for leave to appeal in forma pauperis. (air, ) (Entered: 03/27/2008) |
| 03/25/2008 | 7 | NOTICE of appeal by Joseph Vansach regarding orders 4 fee waived. (air, ) Modified on 3/27/2008 (air, ). (Entered: 03/27/2008) |
| 03/27/2008 | 8 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7 . Notified counsel (air, ) (Entered: 03/27/2008) |
| 04/01/2008 | 9 | MINUTE entry before Judge Honorable Ruben Castillo: For the reasons stated by this Court in its 1/18/2008 summary dismissal order, Petitioners request for a certificate of appealability 5 is denied for failure to make a substantial showing of a denial of a constitutional right as required by 28 U.S.C. §2253(c)(2). Petitioners related request for leave to appeal in forma pauperis 6 is also denied for the same reasons.Mailed notice (rbf, ) (Entered: 04/02/2008) |

KEY:

All circled items are included in this record
All / items are not included
All S/C items are under separate cover
All N/A items are not available