*MHK*



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

April 2, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA vs. Joseph Vansach

U.S.D.C. DOCKET NO. : 08cv304

U.S.C.A. DOCKET NO. : n/a

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

U.S.C.A. – 7th Circuit
RECEIVED
APR 0 2 2008 DW
4-2-2008
GINO J. AGNELLO
CLERK

VOLUME(S) OF PLEADING(S)    One Vol. Of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk