## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**NOTICE OF DOCKETING - Short Form**

April 2, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1808
>
> Caption:
> JOSEPH VAN SACH,
> Petitioner - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,
> Respondent - Appellee
>
> District Court No: 1:08-cv-00304
> Court Reporter K. Fennell
> Clerk/Agency Rep Michael Dobbins
> District Judge Ruben Castillo
>
> Date NOA filed: 03/25/2008

If you have any questions regarding this appeal, please call this office.

CC:

K. Fennell

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**

form ID: **188**