Cttb

**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

May 08, 2008

MAY 1 2 2008  YM
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| No.: 08-1808 | JOSEPH VAN SACH, Petitioner - Appellant  v.  UNITED STATES OF AMERICA, Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00304
Northern District of Illinois, Eastern Division
Court Reporter K. Fennell
Clerk/Agency Rep Michael Dobbins
District Judge Ruben Castillo

This cause, docketed on April 2, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 137)

A True Copy
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit